**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

IRFAN MAHMOOD, an individual,
and AMNA MAHMOOD, an individual,

      Plaintiffs,                  CASE NO. 2:09-14529
                                        HON. ROBERT CLELAND

v.

U.S. MEDICAL MANAGEMENT, LLC,
a Delaware limited liability company,
VPA, P.C., a Michigan professional
service corporation, FAMILY NURSE
CARE, LLC, a Michigan limited liability company,
PHOENIX HOME HEALTH CARE, LLC,
a Delaware limited liability company, and
MARK MITCHELL, an individual,
jointly and severally,                  **NOTICE OF DISMISSAL**

      Defendants.

_____/

**Mantese Honigman Rossman
and Williamson, P.C.**
GERARD MANTESE (P34424)
gmantese@manteselaw.com
IAN M. WILLIAMSON (P65056)
iwilliamson@manteselaw.com
Attorneys for Plaintiffs
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 (telephone)
(248) 457-9201 (facsimile)

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

      PLEASE TAKE NOTICE that case number 09-14529 is hereby dismissed without

prejudice as to all defendants.

Respectfully submitted,

**MANTESE HONIGMAN ROSSMAN
AND WILLIAMSON, P.C.**
Attorneys for Plaintiffs


By:   s/ Ian M. Williamson
      Gerard Mantese (P34424)
      gmantese@manteselaw.com
      Ian M. Williamson (P65056)
      iwilliamson@manteselaw.com
      1361 E. Big Beaver Road
      Troy, MI 48083
      (248) 457-9200 (telephone)
      (248) 457-9201 (facsimile)

Dated:  November 20, 2009